138 P.3d 1233

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 27, 2006**

| | | |
|---|---|---|
| 27093 | Rita v. State | Affirmed |
| 26232 | State v. Masaniai | Affirmed |

**July 28, 2006**

| | | |
|---|---|---|
| 27435 | A.Q., In re | Affirmed |
| 26545 | Au v. Au | Affirmed |
| 26663 | Gomes v. State | Affirmed |
| 27199, 27306 | M. D-A, In re | Affirmed |

**July 31, 2006**

| | | |
|---|---|---|
| 27147, 27338 | Doe Children, In re | Affirmed |
| 27164, 27390 | Doe Children, In re | Affirmed |
| 27214, 27502 | S.C., In re | Affirmed |

**August 1, 2006**

| | | |
|---|---|---|
| 27141 | State v. Ku | Affirmed |
| 25494 | State v. Kwak | Affirmed |

**August 4, 2006**

| | | |
|---|---|---|
| 27255 | Doe Children, In re | Affirmed |
| 27381 | Hines v. Hines | Affirmed |

**August 8, 2006**

| | | |
|---|---|---|
| 27601 | A.M., In re | Affirmed |